FILED
2012 DEC -5 PM 5:06
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

John Gerald Schindler        §
                             §
V.                           §   Case No. A12CV1118 LY
                             §
United States of America     §

APPLICATION TO PROCEED IN FORMA PAUPERIS
AND FINANCIAL AFFIDAVIT IN SUPPORT

I, John Schindler _____, declare that I am the Applicant in the above-entitled proceeding. I am requesting permission to proceed without being required to prepay fees, costs, or give security therefor. In support of my application, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor and I believe I am entitled to relief. The nature of my action is briefly stated as follows:

I AM IN BANKRUPTCY & HAVE NO MORE EXCESS FUNDS

In further support of this application, I answer the following questions:

**Applicant's Name:** John Schindler

**Applicant's Home Address:** P.O. Box 157, Rosanky, TX 78953

<u>**Questions Regarding Ability to Pay**</u>

**Employment:**

Are you now employed?  Yes ☐  No ☒  Am Self Employed ☐

If yes, how much do you earn per month?  $ SS 1100⁰⁰ + Misc Jobs

1

If no, give month and year of last employment   7/2005

How much did you earn per month?   $ 2000

Name and Address of current or prior employer:
SIGNATURE GRAPHICS
OUT OF BUSINESS

If married, state Spouse's name: MARSHA Schindler

Is your Spouse employed?   Yes ☐   No ☒

If working, how much does your spouse earn?   $ —

Do you receive any funds from relatives or for child support? If so, how much per month do you receive?   $ —

**Other Income:**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments (such as Social Security benefits), or other sources, including government benefits (such as A.F.D.C. or Social Security disability benefits)?   Yes ☒   No ☐

If yes, give the amount and identify the sources:

| Received | Sources |
|---|---|
| $ 1100 | SS |
| $ 6000 | MISC WORK |
| $ | |
| $ | |

2

**Cash:**

Have you any cash on hand or money in savings or checking accounts? Yes [X] No [ ]

If yes, state total amount: $ _1300-_

If neither you nor your spouse receive income of any kind, how are you able to pay for food and shelter?

**Property:**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes [X] No [ ]

If yes, give value and describe it and say in whose name the property is registered.

| Value | Description | |
|---|---|---|
| $ 6000- | Dodge Ram | Marsha Schindler |
| $ 4000- | Ford Explorer | '' |
| $ House Trailer 4000- | House Trailer | John Schindler |
| $ | | |

**Family Status and Dependents:**

Marital Status: Single [ ] Married [X] Widowed [ ] Separated [ ] or Divorced [ ]

Total Number of Dependents: 2 (wife & myself)

Are any of your dependents employed? If so, where:

No

How much do your dependent(s) earn monthly? $ —

3

List persons you actually support, your relationship to them.

_Wife_

Do you pay alimony or child support or any other court-ordered payments?  Yes ☐  No ☒

If yes, list how much and describe:

**Monthly Debts of Applicant and/or Dependents**

| Type of Debt | Name of Creditor | Total Debt | Payment |
|---|---|---|---|
| None | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

**Monthly Expenses of Applicant and/or Dependents**

Rent or House Payment: $ 250

Electric & Water Bills: $ 150

Gas: $ 30

Phone: $ 100

Insurance: $ 140

For what purpose: _Apt & Household Goods_

4

Prescriptions: $ _____

    For what purpose: _____

Transportation/Car Payments: $ _____

    For what purpose: _____

Medical Bills: $ _____

    For what purpose: _____

Legal Bills: $ 350/mount.'l DISCHARGE

    For what purpose: BANKRUPTCY

Loans: $ _____

    For what purpose: _____

Miscellaneous: $ _____

    For what purpose: _____

Is there any more information the Court should consider in making its determination?

BANKRUPTCY CASE # 12-11308

## AFFIDAVIT OF APPLICANT

I declare under penalty of perjury the above answers and statements to be true and correct to the best of my knowledge. I understand that this affidavit will become an official part of the United States District Court files and that any false or dishonest answer or statements knowingly made by me in this Financial Affidavit are illegal and may subject me to criminal penalties, including any applicable fines or imprisonment, or both.

Signature: *John Schindler*

Printed Name: John Schindler

Date: 12/5/2012

P.O. Box 157
Rosanky, TX 78953

210-367-2078